ERIC GRANT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:26-MJ-00051-JLT-SAB |
| Plaintiff, | |
| v. | ORDER STAYING RELEASE ORDER |
| ISMAEL CABADA GARCIA | |
| Defendant. | |

Upon Motion by the United States of America, and good cause having been shown,

IT IS HEARBY ORDERED that the magistrate court's order to release Defendant Ismael Cabada Garcia in the above-captioned matter is hereby ordered STAYED until resolution of the Governmnet's motion to revoke the release order.

IT IS SO ORDERED.

Dated: __**May 18, 2026**__

_____
UNITED STATES DISTRICT JUDGE